# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Martha Wartzenluft                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12760 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
24 Oct 2022, 16:46:54, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322