UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Martha Wartzenluft<br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-12760-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of January, 2023, by first class mail upon those listed below:

Martha Wartzenluft
407 Greenwood St
Reading, PA  19610

**Electronically via CM/ECF System Only:**

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
326 MAIN STREET
SUITE 1
EMMAUS, PA  18049

                                              */s/ Kristen Gliem*
                                              Kristen Gliem
                                              for
                                              Scott F. Waterman, Esquire
                                              Standing Chapter 13 Trustee