**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE: Martha Wartzenluft         :case no. 22-12760-pmm
                                  :    CHAPTER 13
        Debtor                    :

**PRAECIPE TO AMEND MAILING ADDRESS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

    Kindly mark as amended and corrected the address of the debtor infra:

Old Address
407 Greenwood Street
Reading, PA 19610

New Address

407 Greenwich Street
Reading, PA 19610

                                                  Respectfully submitted,

                                                  /s/ Michael J. McCrystal
                                                  _____

                                                  Michael J. McCrystal, Esquire