# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Martha Wartzenluft**                 Case No. **22-12760**

Debtor(s)        Chapter **13**

# PROOF OF SERVICE BY MAIL

I, Michael J. McCrystal, Esquire, declare that I am a resident of or employed in the County of **Lehigh**, State of **Pennsylvania**. My address is **326 Main Street, STE 1, Emmaus, PA 18049**. I am over the age of eighteen years of age and am not a party to this case.

On **May 15, 2023**, I served the First Amended Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail and/or Via ECF addressed as follows:

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Scratch Financial
Attn: Compliance
225 S Lake Ave, Ste 250
Pasadena, CA 91101

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 15, 2023.

_____
Signature