# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Martha Wartzenluft <br>       Debtor(s) <br><br> Nationstar Mortgage LLC, its successors and/or assigns <br>       Movant <br>   vs. <br><br> Martha Wartzenluft <br>       Debtor(s) <br><br> Scott F. Waterman <br>       Trustee | CHAPTER 13 <br><br><br><br> NO. 22-12760 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about **December 28, 2022 as Docket #15**.

Dated: May 18, 2023

                 Respectfully submitted,

                 /s/ Michael P. Farrington
                 Michael P. Farrington, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215)-627-1322
                 mfarrington@kmllawgroup.com