IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: MARTHA WARTZENLUFT )<br>**Debtor(s)** )<br>) <br>SANTANDER CONSUMER USA INC. )<br>**Moving Party** )<br>) <br>v. )<br>) <br>MARTHA WARTZENLUFT )<br>**Respondent(s)** )<br>) <br>SCOTT WATERMAN )<br>**Trustee** )<br>)<br>) | CHAPTER 13<br><br>Case No.: 22-12760 (PMM) |

### PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about December 5, 2022 in the above-referenced case, number 13 on the docket.

Date: 7/18/23

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.