Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-12760-PMM**

Martha Wartzenluft  
407 GREENWICH STREET  
Reading  PA  19610

Petition Filed Date: 10/17/2022  
341 Hearing Date: 11/22/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2023 | $100.00 | | 01/18/2023 | $100.00 | | 02/08/2023 | $100.00 | |
| 03/08/2023 | $100.00 | | 04/07/2023 | $100.00 | | 05/09/2023 | $100.00 | |
| 06/07/2023 | $100.00 | | 07/07/2023 | $100.00 | | | | |

**Total Receipts for the Period:  $800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $5,006.68 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,413.82 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $2,106.47 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $434.58 | $0.00 | $0.00 |
| 5 | SANTANDER CONSUMER USA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SYNCHRONY BANK<br>»» 006 | Unsecured Creditors | $1,664.48 | $0.00 | $0.00 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,688.00 | $0.00 | $2,688.00 |
| 7 | MET-ED FIRST ENERGY COMPANY<br>»» 007 | Unsecured Creditors | $2,195.58 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,540.06 | $0.00 | $0.00 |

Chapter 13 Case No. 22-12760-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $900.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($100.00) |
| Paid to Trustee: | $77.00 | Total Plan Base: | $5,900.00 |
| Funds on Hand: | $823.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.