# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Martha Wartzenluft**　　　　　　　　　　　　　　　　　　　Case No. **22-12760**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **13**

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal**, declare that I am a resident of or employed in the County of Lehigh, State of **Pennsylvania**. My address is **326 Main Street, STE 1, Emmaus, PA 18049**. I am over the age of eighteen years of age and am not a party to this case.

On **December 5, 2023**, I served the 3rd Amended Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail/Via ECF as follows:

**Ally Financial, Inc**
**Attn: Bankruptcy**
**500 Woodard Ave**
**Detroit, MI 48226**

**Ally Financial, Inc**
**Attn: Bankruptcy**
**500 Woodard Ave**
**Detroit, MI 48226**

**Capital One**
**Attn: Bnakruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

**Fingerhut**
**Attn: Bankruptcy**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

**Mariner Finance, LLC**
**Attn: Bankruptcy**
**8211 Town Center Drive**
**Nottingham, MD 21236**

**Mariner Finance, LLC**
**Attn: Bankruptcy**
**8211 Town Center Drive**
**Nottingham, MD 21236**

**Merrick Bank Corp**
**Po Box 9201**
**Old Bethpage, NY 11804**

**Mrc/united Wholesale M**
**Attn: Bankruptcy**
**P. O. Box 619098**
**Dallas, TX 75261**

**Mrc/united Wholesale M**
**Attn: Bankruptcy**
**P. O. Box 619098**
**Dallas, TX 75261**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Santander Consumer USA**
**Attn: Bankruptcy**
**Po Box 961245**
**Fort Worth, TX 76161**
**Scratch Financial**
**Attn: Compliance**
**225 S Lake Ave, Ste 250**
**Pasadena, CA 91101**
**Syncb/Walmart**
**attn.: Bankr. Dept**
**P.O. Box 965064**
**Orlando, FL 32896**
**Synchrony/PayPal Credit**
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
**Target Nb**
**C/O Financial & Retail Services**
**Mailstop BT PO Box 9475**
**Minneapolis, MN 55440**
**Wells Fargo Dealer Services**
**Attn: Bankruptcy**
**1100 Corporate Center Drive**
**Raleigh, NC 27607**

I declare under that the foregoing is true and correct, and that this declaration was executed on **December  5, 2023**.


/s/ Michael J. McCrystal

_____
**Signature**