IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>MARTHA WARTZENLUFT<br>    Debtor | Case No. 22-12760-pmm<br><br>Chapter 13 |
| Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br>MARTHA WARTZENLUFT<br>    Respondent | <br><br><br>11 U.S.C. §362 |

### ORDER

**AND NOW**, this  18th  day of  December                , 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge