United States Bankruptcy Court

Eastern District of Pennsylvania

In re:             Case No. 22-12760-pmm

Martha Wartzenluft             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 3
Date Rcvd: Feb 29, 2024          Form ID: pdf900          Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martha Wartzenluft, 407 Greenwich Street, Reading, PA 19610-2909 |
| 14824766 | + | Nationstar Mortgage LLC, C/O Mario Hanyon, Esquire, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14731085 | + | Nationstar Mortgage LLC, C/O Michael Farrington, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14740105 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 01 2024 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 01 2024 00:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 01 2024 00:38:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14728795 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 01 2024 00:37:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14728797 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 00:48:49 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14733738 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 00:48:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14728798 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 01 2024 00:38:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14744340 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14730384 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:49:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14732100 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2024 00:49:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14728799 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 01 2024 00:37:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14728801 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2024 00:49:02 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14744323 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 01 2024 00:38:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14824767 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 00:37:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14728802 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 22-12760-pmm  Doc 82  Filed 03/02/24  Entered 03/03/24 00:33:20  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 01 2024 00:37:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14744786 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 00:37:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14728804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:49:02 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14728807 | | Email/Text: cathy@scratchpay.com | Mar 01 2024 00:37:00 | Scratch Financial, Attn: Compliance, 225 S Lake Ave, Ste 250, Pasadena, CA 91101 |
| 14836632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 00:48:50 | SYNCB/Walmart, Attn.: Bankrtcy, POB 965060, Orlando, FL 32896-5060 |
| 14728806 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 01 2024 00:38:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14729113 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 00:49:01 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14741892 | | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 00:48:53 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO Box 4457, Houston TX 77210-4457 |
| 14728809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 00:48:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14728810 | + | Email/Text: bncmail@w-legal.com | Mar 01 2024 00:38:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14728811 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 00:49:01 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14728808 | | Syncb/walmart |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14728796 | *+ | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14728800 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14728803 | *+ | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14728805 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14798994 | *+ | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Martha Wartzenluft mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Martha Wartzenluft

    Debtor

Chapter 13

Bankruptcy No. 22-12760-PMM

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 29, 2024**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE