UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :
                                                            :
    MARTHA WARTZENLUFT          : Bankruptcy No.  22-12760-PMM
                                                            :
    Debtor(s)                          : Chapter 13

## ORDER

AND NOW, upon consideration of the Trustee's Amended Motion to have the Clerk refund funds to the Debtor, it is hereby ORDERED that the Clerk of the U.S. Bankruptcy Court pay from the Clerk Registry Fund the sum of $1,774.00 to the Trustee from the Clerk Registry Fund.

BY THE COURT

Dated: **August 1, 2024**

*Patricia M. Mayer*
_____
**HON. PATRICIA M. MAYER,
BANKRUPTCY JUDGE**