United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12760-pmm |
| Martha Wartzenluft | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martha Wartzenluft, 407 Greenwich Street, Reading, PA 19610-2909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 02 2024 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 02 2024 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 02 2024 00:17:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2024 00:19:32 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 03, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 5 |

**Name** **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Martha Wartzenluft mccrystallaw@gmail.com
    sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
 :
   MARTHA WARTZENLUFT : Bankruptcy No. 22-12760-PMM
 :
   Debtor(s) : Chapter 13

## ORDER

AND NOW, upon consideration of the Trustee's Amended Motion to have the Clerk refund funds to the Debtor, it is hereby ORDERED that the Clerk of the U.S. Bankruptcy Court pay from the Clerk Registry Fund the sum of $1,774.00 to the Trustee from the Clerk Registry Fund.

BY THE COURT

*Patricia M. Mayer*

Dated: **August 1, 2024**

**HON. PATRICIA M. MAYER,
BANKRUPTCY JUDGE**